

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2019

No. 04-19-00162-CV

**IN RE** Christina Marie **DIXON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

On March 21, 2019, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and real party in interest may file a response to the petition for writ of mandamus in this court **no later than April 10, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on March 26, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 18-1670-CV-C, styled *In the Interest of I.R., A Child*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William Old presiding.